STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
DONALD R. FRANKLAND, DEFENDANT-RESPONDENT.

*Mr. Guy W. Calissi* and *Mr. Thomas J. Gallahue, Jr.* for
the petitioner.

*Messrs. Logan & Logan* for the respondent.

April 18, 1967. Granted.

JOHN GORMAN, JR., *ET AL.*, PLAINTIFFS-PETITIONERS, v.
MARGUERITE CAMPBELL, DEFENDANT-RESPONDENT.

*Messrs. Heuser & Heuser* for the petitioners.

*Messrs. Carton, Nary, Witt & Arvanitis* for the respondent.

April 18, 1967. Denied.

AMBASSADOR FACTORS CORP., PLAINTIFF-PETITIONER, v.
EUGENE ROSENSWEET, DEFENDANT-RESPONDENT.

*Messrs. Bilder, Bilder, Silver & McCurley* for the peti-
tioner.

*Messrs. Shavick, Thevos, Stern, Schotz & Steiger* and *Mr.
Barry I. Croland* for the respondent.

April 18, 1967. Denied.